# **EXHIBIT D**





Case 3:15-cv-00573-JAG   Document 1-4   Filed 09/23/15   Page 3 of 5 PageID# 27



